**Opinion issued December 1, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00790-CV

———————————

**LATTER DAY DELIVERANCE REVIVAL CHURCH AND CHRISTIAN FELLOWSHIP MISSIONARY BAPTIST CHURCH, Appellants**

**V.**

**THE HOUSTON HOUSING AUTHORITY, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-45093**

---

### MEMORANDUM OPINION

The parties, representing that all matters at issue have been fully compromised and settled, have filed a joint motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.